UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-125(01)RM |
| ) | |
| ERICA DELEON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 13, 2008 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Erica Deleon's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(a)(6).

SO ORDERED.

ENTERED:  March 4, 2008

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana